# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAE SEOK CHOI,
                 Appellant,

vs.

CITY OF HENDERSON,
                 Respondent.

No. 82788

**FILED**

MAY 11 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court granting a motion to dismiss appeal, affirming a municipal court conviction, and remanding for further proceedings. Eighth Judicial District Court, Clark County; Crystal Eller, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the municipal court. The district court has final appellate jurisdiction over cases arising in the municipal court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976) (a "municipal court conviction is not subject to further review by appeal to this court"). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-13458

cc: Hon. Crystal Eller, District Judge
Jae Seok Choi
Attorney General/Carson City
Henderson City Attorney
Eighth District Court Clerk